## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| EDISON MISSION ENERGY, et al.,[1] | ) Case No. 12-49219 (JPC) |
| Debtors. | ) (Jointly Administered) |

### ORDER AND FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

Upon the Motion[2] of the Purchaser Parties under 11 U.S.C. §§ 105(a) and 350(a) and Fed. R. Bankr. P. 3022 for an order and final decree closing certain bankruptcy cases, and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having jurisdiction of this matter; and upon the record herein; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby,

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted in its entirety.

2. The cases of the Post-Effective Date Debtor Subsidiaries identified on **Exhibit A** attached to the Motion have been fully administered and shall be closed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Edison Mission Energy (1807); Camino Energy Company (2601); Chestnut Ridge Energy Company (6590); Edison Mission Energy Fuel Services, LLC (4630); Edison Mission Finance Co. (9202); Edison Mission Fuel Resources, Inc. (3014); Edison Mission Fuel Transportation, Inc. (3012); Edison Mission Holdings Co. (6940); Edison Mission Midwest Holdings Co. (6553); EME Homer City Generation L.P. (6938); Homer City Property Holdings, Inc. (1685); Midwest Finance Corp. (9350); Midwest Generation EME, LLC (1760); Midwest Generation, LLC (8558); Midwest Generation Procurement Services, LLC (2634); Midwest Peaker Holdings, Inc. (5282); Mission Energy Westside, Inc. (0657); San Joaquin Energy Company (1346); Southern Sierra Energy Company (6754); and Western Sierra Energy Company (1447). The location of the Reorganization Trust's service address is: 3 MacArthur Place, Suite 100, Santa Ana, California 92707.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion or the Plan as applicable.

{NRG/001/00039746.DOCX/2} Active 16436688.3

3. To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6), if any, shall be paid as soon as reasonably practicable after the date of entry of this Order.

4. The Clerk of the Court shall enter this Order and Final Decree individually on the docket of each Debtor identified on such **Exhibit A** and thereafter each such docket shall be marked as "Closed."

5. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

6. This order is without prejudice to the rights of any party in interest to move to reopen the cases under 11 U.S.C. § 350(b).

7. The Court shall retain jurisdiction to construe and enforce the terms of this Order.

Dated: SEP 17 2014

*Jacqueline P. Cox*

J.Cox

Jacqueline P. Cox
United States Bankruptcy Judge